UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA SCHWENK and CHRISTOPHER SCHWENK,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; CAROLYN LACATIVO, individually and in the official capacity as a social worker for the COUNTY OF ALAMEDA; and DOES 1 through 20,<br><br>  Defendants. | Case No: C 07-00849 SBA<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

This Court issued an Order granting Defendants' Motion to Dismiss Plaintiff's Amended Complaint with leave to amend on May 29, 2007 [Docket No. 36]. Plaintiffs filed a Declination to File Amended Complaint on June 18, 2007 [Docket No. 38].

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE. The Clerk is directed to close the file and to terminate any pending matters.

IT IS SO ORDERED.

Dated: 7/23/07

Saundra B. Armstrong
Saundra Brown Armstrong
Judge of the United States District Court
Northern District of California

ORDER (CA-2239)

| | | |
|---|---|---|
| 1 | Dated: 7/16/07 | Approved as to form: |
| 2 | | |
| 3 | | *S. D. Narayan* |
| 4 | | Sadhana D. Narayan |
| | | THE NARAYAN LAW FIRM |
| 5 | | Attorney for Defendants |
| | | County of Alameda and Carolyn Lacativo |
| 6 | | |
| 7 | Dated: 7/13/07 | Approved as to form: |
| 8 | | |
| 9 | | *David Beauvais* |
| 10 | | David Beauvais |
| | | The Law Offices of David J. Beauvais |
| 11 | | Attorney for Plaintiffs |
| | | Tanya Schwenk and Christopher Schwenk |