UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 24 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TANYA SCHWENK and
CHRISTOPHER SCHWENK,

        Plaintiffs - Appellants,

  v.

COUNTY OF ALAMEDA; et al.,

        Defendants - Appellees.

No. 07-16525

D.C. No. CV-07-00849-SBA
U.S. District Court for Northern
California, Oakland

**MANDATE**

       The judgment of this Court, entered February 02, 2010, takes effect this date.

       This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:

                              Molly C. Dwyer
                              Clerk of Court

                              Gabriela Van Allen
                              Deputy Clerk