IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA SCHWENK, *et al.*, | No. C 07-0849 SBA |
| Plaintiffs, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF ALAMEDA, *et al.*, | |
| Defendants. | |

On February 25, 2010, the Clerk of the Court spread the mandate in this matter. (Docket No. 50.) Accordingly,

IT IS HEREBY ORDERED THAT that a Case Management Conference is set for April 1, 2010, at 3:00 p.m. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 3/1/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge