UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TANYA SCHWENK and CHRISTOPHER SCHWENK,<br><br>          Plaintiffs,<br><br>     vs.<br><br>COUNTY OF ALAMEDA,<br><br>          Defendant. | Case No: C 07-00849 SBA<br><br>**ORDER DENYING EX PARTE APPLICATION TO HEAR MOTION TO COMPEL BEYOND THE COURT DEADLINE**<br><br>Dkt. 58 |

On December 30, 2010, Defendant filed an ex parte application seeking to extend the March 29, 2011 hearing deadline in this matter, so that Defendant's motion to compel medical and psychiatric records from Plaintiffs could be heard on the Court's next available hearing date in April 2011. This matter has subsequently been referred to Magistrate Judge Laporte for all discovery purposes. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's ex parte application (Dkt. 58) is DENIED as MOOT. This Order terminates Docket 58.

IT IS SO ORDERED.

Dated: January 10, 2011

SAUNDRA BROWN ARMSTRONG
United States District Judge